granted, limited to the first five questions presented by the petition for the writ. *Messrs. Casimir E. Midowicz* and *Ewart S. Harris* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 235. GREAT NORTHERN LIFE INSURANCE CO. *v.* READ, INSURANCE COMMISSIONER. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Herbert R. Tews* for petitioner. *Messrs. Mac Q. Williamson,* Attorney General of Oklahoma, and *Fred Hansen,* Assistant Attorney General, for respondent.

No. 117. DISTRICT OF COLUMBIA *v.* PACE. October 11, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE BLACK and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Richmond B. Keech, Vernon E. West,* and *Glenn Simmon* for petitioner. *Mr. Martin F. O'Donoghue* for respondent.

No. 159. WALTON, ADMINISTRATRIX, *v.* SOUTHERN PACKAGE CORP. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Mississippi granted. *Mr. Chas. F. Engle* for petitioner. *Messrs. William H. Watkins* and *P. H. Eager, Jr.* for respondent. *Solicitor General Fahy* and *Messrs. Douglas B. Maggs* and *Irving J. Levy* filed a brief on behalf of the Administrator of the Wage and Hour Division, U. S. Dept. of Labor, as *amicus curiae,* in support of the petition.